Christopher R. Kaup, State Bar No. 014820
**TB TIFFANY & BOSCO**
P.A.
Third Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com

James R. Davis, SC State Bar No. 100358
J. Davis Law, P.C.
BB&T Plaza, Mail Box No. 16
234 Seven Farms Dr., Suite 211B
Charleston, South Carolina 29492
Tel: (800) 983-0455
Fax: (800) 983-0153
E-mail: jim@jdavispc.com
*Attorneys for Creditor Alan J. Bankart*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>JIN HO and JEANNETTE LING HO,<br><br>Debtors. | Chapter 11<br><br>Case No. 2:14-bk-07642-MCW<br><br>**APPLICATION FOR LIMITED ADMISSION** |

Applicant, James R. Davis, hereby applies for leave to appear and participate in this action.

I am a member in good standing of the Bar of the Supreme Court of the United States, the United States District Court for the District of South Carolina, the United States for the District of Massachusetts, and the Supreme Court of the State of South Carolina; I have been retained by Alan J. Bankart to appear in this court in this action; I am not a member of the bar of the United States District Court, District of Arizona.

I declare under penalty of perjury that I: (1) do not reside in Arizona; (2) am not regularly employed in Arizona; and (3) am not regularly engaged in the practice of law in Arizona.

-1-
15487-002/Application for Limited Admission in AZ Bankruptcy Court.doc

1 I further declare under penalty of perjury that I have not filed any other Applications for Limited Admission or Pro Hac Vice Applications with this court.

I hereby designate Christopher R. Kaup, a member of the bar of this court who maintains an office in this district and who has consented to this designation, as co-counsel with whom the court and opposing counsel may readily communicate regarding the conduct of the case.

**DATED** June 26, 2014.

                              **J. DAVIS LAW, P.C.**

                              By: /s/ James R. Davis
                                  James R. Davis, Esq.
                                  BB&T Plaza, Mail Box No. 16
                                  234 Seven Farms Dr., Suite 211B
                                  Charleston, South Carolina 29492
                                  *Attorneys for Creditor Alan J. Bankart*

# CONSENT TO DESIGNATION

I hereby consent to the foregoing designation as a member of the Bar of the United States District Court for the District of Arizona.

**DATED** June 26, 2014.

**TIFFANY & BOSCO, P.A.**


By: /s/ Christopher R. Kaup
    Christopher R. Kaup, Esq.
    Third Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016
    *Attorneys for Creditor Alan J. Bankart*