Christopher R. Kaup, State Bar No. 014820

**TB TIFFANY & BOSCO**
P.A.

Third Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com

James R. Davis, SC State Bar No. 100358
J. Davis Law, P.C.
BB&T Plaza, Mail Box No. 16
234 Seven Farms Dr., Suite 211B
Charleston, South Carolina 29492
Tel: (800) 983-0455
Fax: (800) 983-0153
E-mail: jim@jdavispc.com
*Attorneys for Creditor Alan J. Bankart*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: | Chapter 11 |
|---|---|
| JIN HO and JEANNETTE LING HO, | Case No. 2:14-bk-07642-MCW |
| Debtors. | **NOTICE OF LODGING ORDER GRANTING APPLICATION FOR LIMITED ADMISSION** |

**NOTICE IS HEREBY GIVEN** that on June 26, 2014 the attached proposed *Order Granting the Application for Limited Admission* was filed with the Court.

**RESPECTFULLY SUBMITTED** this 26th day of June, 2014.

            **TIFFANY & BOSCO, P.A.**

            By:/s/ Christopher R. Kaup
              Christopher R. Kaup, Esq.
              Third Floor Camelback Esplanade II
              2525 East Camelback Road
              Phoenix, Arizona 85016
              *Attorneys for Creditor Alan J. Bankart*

-1-

| | |
|---|---|
| 1 | **FOREGOING** electronically filed with Bankruptcy Court on this 26th day of June, 2014. |
| 2 | |
| 3 | **COPIES** served by the Court's electronic notification system if marked with an "*" or otherwise mailed, on this or the next business day to: |

Allan D. Newdelman  　　　　　　　　　Jin Ho and Jeannette Ling Ho
Allan D Newdelman PC  　　　　　　　　6838 N. Rocking Road
80 E. Columbus Ave.  　　　　　　　　　Scottsdale, AZ 85250
Phoenix, AZ 85012  　　　　　　　　　　*Debtors*
Email: anewdelman@adnlaw.net
*Attorneys for Debtors\**

Edward K. Bernatavicius
United States Trustee
230 N 1st Ave, Suite 204
Phoenix, AZ 85003
Email: edward.k.bernatavicius@usdoj.gov
*U.S. Trustee\**

　/s/ Louis A. Lofredo

-2-

| | |
|---|---|
| 1 | Christopher R. Kaup, State Bar No. 014820 |
| 2 | **TB TIFFANY & BOSCO** P.A. |
| 3 | Third Floor, Camelback Esplanade II<br>2525 East Camelback Road<br>Phoenix, Arizona 85016-4237 |
| 4 | Telephone: (602) 255-6000<br>Facsimile: (602) 255-0103 |
| 5 | E-Mail: crk@tblaw.com |
| 6 | James R. Davis, SC State Bar No. 100358<br>J. Davis Law, P.C. |
| 7 | BB&T Plaza, Mail Box No. 16<br>234 Seven Farms Dr., Suite 211B |
| 8 | Charleston, South Carolina 29492<br>Tel: (800) 983-0455<br>Fax: (800) 983-0153 |
| 9 | E-mail: jim@jdavispc.com |
|   | *Attorneys for Creditor Alan J. Bankart* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: | Chapter 11 |
|---|---|
| JIN HO and JEANNETTE LING HO, | Case No. 2:14-bk-07642-MCW |
| Debtors. | **ORDER GRANTING APPLICATION FOR LIMITED ADMISSION** |

Based upon the *Application for Limited Admission* of James R. Davis of the law firm J. Davis Law, P.C. in this matter, the applicant is hereby permitted to appear and participate in this action as counsel for Alan J. Bankart.

**SIGNED AND DATED ABOVE.**

-1-

15487-002/4295395.DOCX

Case 2:14-bk-07642-MCW    Doc 33    Filed 06/26/14    Entered 06/26/14 11:03:55    Desc
Main Document    Page 3 of 3